# In the United States Court of Federal Claims

No. 18-596T
(Filed: October 9, 2018)

|  |  |
|---|---|
| NARA G. KING, | ) |
| *Pro Se* Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

On August 17, 2018, defendant filed a motion to dismiss plaintiff's complaint (Docket No. 9). Plaintiff's response to defendant's motion to dismiss was due by September 17, 2018. On September 27, 2018, the court issued an order (Docket No. 10) directing plaintiff to file his response to defendant's motion to dismiss by October 5, 2018, and that failure to respond would result in his case being dismissed for failure to prosecute.

A review of court records indicates that plaintiff has yet to respond to defendant's motion to dismiss his complaint in the above-captioned matter. Accordingly, the above-captioned case is hereby **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Senior Judge

7018 0040 0001 1393 3208